5:25-cv-0880 Sec P

# PETITION!

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN 2 0 2025
DANIEL J. McCOY, CLERK
BY: _____

Your Honor,

    This is a petition, asking the courts to bar any cell entry without officers body cameras being activated to protect us from any further harm or bodily injury. We, the inmates in the cellblock units on the Southside, are being brutally beaten while in restraints behind our backs inside our cells away from the view of the cameras that are mounted on the walls in the hallway. We ask that officers turn on their body camera when entering our cell for any cause. Weather it be for callouts, yard, or for phone and shower priviledges.

    Below is a list of inmates who have been a victim or witnessed this abuse. Who's had, been a witness for, or currently have pending law suites, for excessive force.

(1) Rakim Miller #761653
(2) Earnest Joseph #607759
(3) Thevon Wallace #770960
(4) Denzell Carey #716141
(5) Chris Fisher #534316
(6) Isaiah Williams #737477
(7) Kelvin Wilson #458298
(8) T. Jones 713801
(9) Devaoheay Martin #758635
(10) Jerrod R. Vezina #59413
(11) Kyron Bourda #541354
(12) Dan Newman #630826
(13) Derrick Gordy #599166
(14) Tyrus Mason #736674
(15)
(16)
(17)

Prepared By: Earnest Joseph #607759

Respectfully Submitted
N4 Unit Cellblock Inmates